# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

**Jeffrey Grune**

    vs.

**William Mazzuca**

JUDGMENT IN A CIVIL CASE

**CASE NO.**   9:05-CV-691

____   **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_    **DECISION BY COURT.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT PETITIONER'S WRIT OF HABEAS CORPUS IS DENIED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED MAY 12, 2006.

Dated:  May 12, 2006

*Lawrence K. Baerman*
Clerk of Court

s/S. Potter
By:  Deputy Clerk